UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIZHI ZOU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIELLE LEHMAN,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00231-KES-BAM<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>Scheduling Conference:　July 30, 2024<br>　　　　　　　　　　　　　9:00 a.m.<br>　　　　　　　　　　　　　Courtroom 8 (BAM) |

On May 3, 2024, the Court issued an order granting Defendant's request for an extension of time to respond to Plaintiff's complaint, setting Defendant's deadline to respond on July 2, 2024. (Doc. 9.) Due to the current status of the case, the scheduling conference currently set for May 29, 2024 is CONTINUED to **July 30, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the conference by telephone using the following dial-in number and access code: *dial-in number 1-877-411-9748; access code 3219139*.

IT IS SO ORDERED.

　　Dated:　**May 23, 2024**　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1