PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIZHI ZHOU,<br><br>      Plaintiff,<br><br>  v.<br><br>USCIS, ET AL.,<br><br>      Defendant. | CASE NO.  1:24-CV-00231 KES-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY ABEYANCE |

  The Defendants respectfully request to hold this case in temporary abeyance through May 6, 2025, and Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2017. USCIS has scheduled Plaintiff's asylum interview for January 6, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through May 6, 2025. The parties further request that all other filing and case management deadlines be similarly vacated, including the Scheduling Conference currently set for July 30, 2024 and its accompanying deadlines.

Respectfully submitted,

Dated: July 2, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ MEIZHI ZHOU
MEIZHI ZHOU
Plaintiff

ORDER

Pursuant to the parties' stipulation, and for cause appearing, this matter is held in temporary abeyance through **May 6, 2025**. The Scheduling Conference currently set for July 30, 2024, is continued to **July 30, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.

IT IS SO ORDERED.

Dated: **July 3, 2024**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE