1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MEIZHI ZHOU,                             Case No.  1:24-cv-00231-KES-BAM

12                    Plaintiff,               ORDER REGARDING PLAINTIFF'S
                                               NOTICE OF VOLUNTARY DISMISSAL
13           v.                                PURSUANT TO FEDERAL RULE OF CIVIL
                                               PROCEDURE 41(a)
14    DANIELLE LEHMAN,
                                               (Doc. 13)
15                    Defendant.

16

17

18

19           On July 2, 2024, the parties filed a stipulation requesting the Court hold the case in

20    temporary abeyance through May 6, 2025, as the parties anticipated that the lawsuit would be

21    rendered moot once U.S. Citizenship and Immigration Services ("USCIS") completed its

22    adjudication of Plaintiff's application, noting the USCIS intended to do so within 120 days.

23    (Doc. 11.)  On July 3, 2024, pursuant to the parties' stipulation and cause appearing, the Court

24    issued an order holding this matter in temporary and abeyance through May 6, 2025, and setting a

25    scheduling conference for July 30, 2025.  (Doc. 12.)

26           On July 8, 2024, Plaintiff filed a notice of voluntary dismissal of the entire action pursuant

27    to Federal Rule of Civil Procedure 41(a).  (Doc. 13.)  Defendant has not yet responded to

28

1

Plaintiff's complaint.  (*See* Docs. 9, 12.)  In light of Plaintiff's voluntary dismissal, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  This Court VACATES all pending dates and matters, including the scheduling conference set for July 30, 2025.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **July 10, 2024**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE